# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 22, 2025

**By ECF and Email**
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    **United States v. Jermaine Wilkins**
       **25 Cr. 259 (NRB)**

Dear Judge Buchwald,

I write to respectfully request that the Court adjourn the motions schedule in the above-captioned case for approximately 30 days.  Specifically, we request that defense motions be due December 22, 2025; government response due January 12, 2025; and any reply due January 19, 2026.  The government, by Assistant United States Attorney Andrew Jones, consents to this request.

The parties continue to discuss a pre-trial disposition of this case and the requested adjournment will allow us to complete our negotiations before engaging in further litigation.

The defense consents to the exclusion of time under the Speedy Trial Act through the new reply date.  Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Mr. Wilkins
212-417-8729

Application granted.  Speedy Trial Time is excluded until January 19, 2026 in the interest of justice.  18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    November 24, 2025
          New York, New York

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE