# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 2, 2026

**By ECF and Email**
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    **United States v. Jermaine Wilkins**
       **25 Cr. 259 (NRB)**

Dear Judge Buchwald,

I write to respectfully request that the Court schedule a change of plea conference in the above-captioned case for March 11 or 12, or during the week of March 16, as the Court's schedule permits. The parties have been discussing a pre-trial resolution of this case, and undersigned counsel expects that we will be able to enter a plea on the suggested dates above. The government, by Assistant U.S. Attorney Andrew Jones, consents to this request.

Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act through the newly-scheduled date. Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Mr. Wilkins
212-417-8729

      Application granted.  A change of plea conference is hereby scheduled for Thursday, March 12, 2026, at 3:00 PM.  Speedy trial time is excluded until March 12, 2026 in the interest of justice.  18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    February 3, 2026
          New York, New York

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE