# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 10, 2026

**By ECF and Email**
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    **United States v. Jermaine Wilkins**
       **25 Cr. 259 (NRB)**

Dear Judge Buchwald,

I write to respectfully ask that the Court adjourn the change-of-plea conference in the above-captioned case, from Thursday, March 12, at 3 pm, to Tuesday, March 17, at 3 pm. I make this request because of a scheduling conflict that has arisen on Thursday.

The government, by Assistant U.S. Attorney Andrew Jones, consents to this request. Given the nature of this application, the defense consents to the exclusion of time under the Speedy Trial Act through the newly-scheduled date.

Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Mr. Wilkins
212-417-8729

Application granted. The March 12, 2026 change-of-plea conference is adjourned until March 17, 2026, at 3:00 PM. Speedy trial time is excluded until March 17, 2026 in the interest of justice. 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    March 11, 2026
          New York, New York

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE